UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TYLENOL (ACETAMINOPHEN) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § MDL NO. 2436 § § § 2:13-md-02436 § § HON. LAWRENCE F. STENGEL |
| This Document Relates to: | Civil Action No. 2:12-cv-07263 |
| Rana Terry, as Personal Representative and Administrator of the Estate of Denice Hayes, Deceased, Plaintiff, vs. McNEIL-PPC, Inc., McNeil Consumer Healthcare, and Johnson & Johnson, Inc., Defendants. | |

# O R D E R

**AND NOW**, this 13th day of November, 2015, upon consideration of the defendants' motion for summary judgment on plaintiff's short form complaint (Doc. No. 46), all responses thereto, and parties' oral argument on this issue, it is hereby **ORDERED** that the defendants' motion is **DENIED**, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.