UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TYLENOL (ACETAMINOPHEN) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § MDL NO. 2436 § § § 2:13-md-02436 § § § HON. LAWRENCE F. STENGEL |
| This Document Relates to: | Civil Action No. 2:12-cv-07263 |
| Rana Terry, as Personal Representative and Administrator of the Estate of Denice Hayes, Deceased, Plaintiff, vs. McNEIL-PPC, Inc., McNeil Consumer Healthcare, and Johnson & Johnson, Inc., Defendants. | § § § § § § § § § § § § § |

**O R D E R**

**AND NOW**, this 13th day of November, 2015, upon consideration of the defendants' motion for summary judgment on plaintiff's failure-to-warn claims (Doc. No. 49), all responses thereto, and parties' oral argument on this issue, it is hereby **ORDERED** that the defendants' motion is **DENIED**, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.