## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TYLENOL
(ACETAMINOPHEN) MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY
LITIGATION

§
§
§
§
§
§

MDL NO. 2436

2:13-md-02436

HON. LAWRENCE F. STENGEL

This Document Relates to:

Civil Action No. 2:12-cv-07263

Rana Terry, as Personal Representative
and Administrator of the Estate of Denice
Hayes, Deceased,

Plaintiff,

vs.

McNEIL-PPC, Inc., McNeil Consumer
Healthcare, and Johnson & Johnson, Inc.,

Defendants.

§
§
§
§
§
§
§
§
§
§
§
§

## O R D E R

**AND NOW**, this 2nd day of March, 2016, upon consideration of the defendants'

motion to exclude plaintiff's expert Marvin E. Goldberg, Ph.D. (Doc. No. 120), all

responses thereto, and parties' oral argument on this motion, it is hereby **ORDERED** that

the defendants' motion is **DENIED in part without prejudice** and **GRANTED in part**, as

explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.