UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TYLENOL (ACETAMINOPHEN) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § § § MDL NO. 2436<br><br>2:13-md-02436<br><br>HON. LAWRENCE F. STENGEL |
| This Document Relates to: | Civil Action No. 12-cv-07263 |
| Rana Terry, as Personal Representative and Administrator of the Estate of Denice Hayes, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>McNEIL-PPC, Inc., McNeil Consumer Healthcare, and Johnson & Johnson, Inc.,<br><br>Defendants. | § § § § § § § § § § § § § |

**O R D E R**

**AND NOW**, this 19th day of April, 2016, upon consideration of the defendants' motions in limine (Doc. No. 61-64, 66, 68-77, 79-81), all responses thereto, and after parties' oral argument, it is hereby **ORDERED** that:

- MIL 1 is DENIED without prejudice;
- MIL 2 is DENIED;
- MIL 3 is DENIED without prejudice;
- MIL 4 is DENIED;

1

- MIL 5 is GRANTED without prejudice;

- MIL 6 is DENIED without prejudice;

- MIL 7 is GRANTED in part and DENIED in part;

- MIL 8 is DENIED without prejudice;

- MIL 9 is DENIED without prejudice;

- MIL 10 is DENIED without prejudice;

- MIL 11 is DENIED without prejudice;

- MIL 12 is DENIED without prejudice;

- MIL 13 is DENIED without prejudice;

- MIL 14 is DENIED without prejudice;

- MIL 15 is DENIED without prejudice;

- MIL 16 is DENIED without prejudice;

- MIL 17 is GRANTED in part and DENIED in part; and

- MIL 18 is DENIED without prejudice, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.