UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TYLENOL (ACETAMINOPHEN) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2436<br><br>2:13-md-02436<br><br>HON. LAWRENCE F. STENGEL |
| This Document Relates to: | Civil Action No. 12-cv-07263 |
| Rana Terry, as Personal Representative and Administrator of the Estate of Denice Hayes, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>McNEIL-PPC, Inc., McNeil Consumer Healthcare, and Johnson & Johnson, Inc.,<br><br>Defendants. | |

## O R D E R

**AND NOW**, this 3rd day of June, 2016, upon consideration of the plaintiff's motions in limine (Doc. No. 51-60, 78, 82-83), the defendants' motion in limine regarding confidential information (Doc. No. 203), all responses thereto, and after parties' oral argument, it is hereby **ORDERED**, as explained in the accompanying memorandum, that:

- MIL A is Denied without prejudice;

- MIL B is Granted and applies to both parties;

- MIL C is Denied without prejudice;

1

- MIL D is Granted in part and Denied in part;

- MIL E is deferred until deposition designations are before the court;

- MIL F is Denied in part without prejudice and Granted in part;

- MIL G is deferred until deposition designations are before the court;

- MIL H is Granted;

- MIL I is Denied without prejudice and Defendants' MIL on the same issue is Denied without prejudice;[1]

- MIL J is Granted in part and Denied in part without prejudice;

- MIL K is Granted without prejudice;

- MIL L is Granted in part and Denied in part without prejudice;

- MIL M is Granted;

- MIL N is Granted without prejudice; and

- MIL O is Granted in part and Denied in part.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] See Doc. No. 203.