UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TYLENOL (ACETAMINOPHEN) MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2436<br><br>2:13-md-02436<br><br>HON. LAWRENCE F. STENGEL |
| This Document Relates to: | |
| Rana Terry, as Personal Representative and Administrator of the Estate of Denice Hayes, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>McNEIL-PPC, Inc., McNeil Consumer Healthcare, and Johnson & Johnson, Inc.,<br><br>Defendants. | Civil Action No. 2:12-cv-07263 |

**O R D E R**

**AND NOW**, on this 14th day of July, 2016, upon consideration of the defendants' Motion to Exclude Opinion Testimony of Plaintiff's Experts (Doc. No. 193) and plaintiff's Motion to Strike the Testimony of Defendants' Experts Robert Brown, M.D., M.P.H., Steven Flamm, M.D., and Jeffrey Brent, M.D., Ph.D. (Doc. No. 199), all responses thereto, and after oral argument, it is hereby **ORDERED** that the defendants' motion is **DENIED** and the plaintiff's motion is **GRANTED**, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.