UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TYLENOL (ACETAMINOPHEN) MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | § MDL NO. 2436 § § § 2:13-md-02436 § § § HON. LAWRENCE F. STENGEL |
| This Document Relates to: | Civil Action No. 2:12-cv-07263 |
| Rana Terry, as Personal Representative and Administrator of the Estate of Denice Hayes, Deceased, Plaintiff, vs. McNEIL-PPC, Inc., McNeil Consumer Healthcare, and Johnson & Johnson, Inc., Defendants. | § § § § § § § § § § § § § |

**O R D E R**

**AND NOW**, this 27th day of July, 2016, upon consideration of the plaintiff's motion to exclude defense expert Dr. Gordon Sze, M.D. (Doc. No. 121), all responses thereto, and the parties' oral argument on this motion, it is hereby **ORDERED** that the plaintiff's motion is **DENIED**, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.