UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TYLENOL (ACETAMINOPHEN) MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | § MDL NO. 2436 <br> § <br> § 2:13-md-02436 <br> § <br> § HON. LAWRENCE F. STENGEL |
| This Document Relates to: | Civil Action No. 2:12-cv-07263 |
| Rana Terry, as Personal Representative and Administrator of the Estate of Denice Hayes, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> McNEIL-PPC, Inc., McNeil Consumer Healthcare, and Johnson & Johnson, Inc., <br><br> Defendants. | |

## O R D E R

**AND NOW**, this 28th day of July, 2016, upon consideration of the defendants' motion to exclude plaintiff's expert Dr. Laura Plunkett, Ph.D. (Doc. No. 112), all responses thereto, and the parties' oral argument on this motion, it is hereby **ORDERED** that the defendants' motion is **GRANTED in part** and **DENIED in part**, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.