## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TYLENOL (ACETAMINOPHEN) MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | § MDL NO. 2436 § § § 2:13-md-02436 § § HON. LAWRENCE F. STENGEL |
| This Document Relates to: | Civil Action No. 2:12-cv-07263 |
| Rana Terry, as Personal Representative and Administrator of the Estate of Denice Hayes, Deceased, Plaintiff, vs. McNEIL-PPC, Inc., McNeil Consumer Healthcare, and Johnson & Johnson, Inc., Defendants. | § § § § § § § § § § § § § |

## O R D E R

**AND NOW**, this 31st day of August, 2016, upon consideration of the plaintiff's motion to exclude defense expert Judith K. Jones, M.D., Ph.D. (Doc. No. 130), all responses thereto, and the parties' oral argument on this motion, it is hereby **ORDERED** that the plaintiff's motion is **GRANTED in part** and **DENIED in part**, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.